# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL ALAN DICKENS, | : | |
| Petitioner, | : | |
| | | CIVIL ACTION NO. 17-0083-WS-MU |
| vs. | : | |
| | | CRIMINAL NO. 13-0122-WS-MU |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 25, 2017 is **ADOPTED** as the opinion of this Court.

**DONE** this 31st day of October, 2017.

                              **s/WILLIAM H. STEELE**
                              **UNITED STATES DISTRICT JUDGE**