# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL ALAN DICKENS, | : | |
| Petitioner, | : | |
| | | CIVIL ACTION NO. 17-0083-WS-MU |
| vs. | : | |
| | | CRIMINAL NO. 13-0122-WS-MU |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the government's motion to dismiss (Doc. 94) Michael Alan Dickens' motion to vacate be **GRANTED** and that Dickens' motion to vacate (Doc. 89; *compare id. with* Docs. 92, 96 & 98-99) be dismissed as time-barred pursuant to 28 U.S.C. § 2255(f)(1) & (3). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 31st day of October, 2017.

s/WILLIAM H. STEELE  
UNITED STATES DISTRICT JUDGE